

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 16−50021
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean NMN Kinahan | Susan Merri Kinahan |
| 170 Golden Valley Drive | 170 Golden Valley Drive |
| Mooresville, NC 28115 | Mooresville, NC 28115 |
| Social Security No.: xxx−xx−9500 | Social Security No.: xxx−xx−2128 |

# NOTICE TO CREDITORS OF POSSIBLE DIVIDEND

**YOU ARE HEREBY NOTIFIED** pursuant to Rule 3002(c)(5) that payment of a dividend in the above−referenced case appears possible.

You must file a claim at the address indicated below no later than 90 days from the date of this notice. If you have already filed a claim in this case, you need not refile your claim.

For Governmental units, a proof of claim must be filed by the 90−day deadline or 180 days after the date of the order for relief in the case, whichever is later.

**TAKE FURTHER NOTICE THAT ALL PROOFS OF CLAIM, INCLUDING ATTACHMENTS, MUST BE FILED ELECTRONICALLY WITH THE CLERK OF BANKRUPTCY COURT. Instructions can be found on the Bankruptcy Court's web site at www.ncwb.uscourts.gov. A password or login is not required to file a claim.**

Dated: February 23, 2016                                              Steven T. Salata
                                                                      Clerk of Court

Electronically filed and signed (2/23/16)