```
                            United States Bankruptcy Court
                            Western District of North Carolina
In re:                                                          Case No. 16-50021-ltb
Sean NMN Kinahan                                                Chapter 7
Susan Merri Kinahan
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0419-5         User: admin              Page 1 of 2            Date Rcvd: Feb 23, 2016
                             Form ID: 834             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2016.
db/db         +Sean NMN Kinahan,    Susan Merri Kinahan,    170 Golden Valley Drive,
                Mooresville, NC 28115-8312
5292917        Bank of America,    Attn: Bankruptcy, NC4-105-02-77, PO Box,    Greensboro, North Carolina 27410
5292919       +Ben Garrido,    170 Medical Park Road,    Suite 102,   Mooresville, NC 28117-8541
5292920       +Carillon Assisted Living,    of Mooresville, LLC,    4901 Waters Edge Drive, Ste 200,
                Raleigh, NC 27606-2464
5292921       +Charlotte Gastroenterology,    150 Fairview Road,    Suite 120,   Mooresville, NC 28117-9505
5292922       +Chase,   P.O. Box 15123,    Wilmington, DE 19850-5123
5292923       +Chase,   P.O. Box 5123,    Wilmington, DE 19808-0123
5292924       +Duke Health Care System,    2301 Erwin Road,    Durham, NC 27710-0001
5292925       +Duke Health Physicians,    20 Duke Medicine Circle,    Durham, NC 27710-2000
5292926      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit,    Nat. Bankruptcy Center, PO Box 537901,
                Livonia, Michigan 48153)
5292927       +GC Services Ltd Partnership,    6330 Gulfton,    Houston, TX 77081-1198
5292929       +Iredell COunty Tax Collector,    P. O. Box 1027,    Statesville, North Carolina 28687-1027
5292930       +Judy Stamos,    c/o Aaron S. Kaufman and Assoc,    368 Veterans Memorial Highway,
                Commack, NY 11725-4322
5292933       +Lake NOrman Hemotology,    170 Medical Park Drive,    Suite 101,   Mooresville, NC 28117-8541
5292932       +Lake Norman Emer Med,    P.O. Box 88087,    Chicago, IL 60680-1087
5292934       +M & T Bank,    P.O. Box 619063,    Dallas, TX 75261-9063
5292935       +Medical Revenue Service,    1374 S Babcock Street,    Melbourne, FL 32901-3009
5292936        Mooresville PPM LLC,    P.O. Box 1400,    Belfast, ME 04915
5292937       +NC Department of Revenue,    P.O. Box 1168,    Raleigh, North Carolina 27602-1168
5292986        North Carolina Department of Revenue,    Bankruptcy Unit,    P.O. Box 1168,
                Raleigh, NC 27602-1168
5292938       #+Optimum OUtcomes,    421 Fayetteville Street,    Raleigh, NC 27601-1777
5292939       +Piedmont Healthcare/Dr. Wolf,    P.O. Box 63020,    Charlotte, NC 28263-3020
5292940       +US Attorney's Office,    100 Otis Street, Room 207 US Courthouse,
                Asheville, North Carolina 28801-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Feb 23 2016 18:28:49      Internal Revenue Service,
                Special Procedures Section,    320 Federal Place, Room 335,    Greensboro, NC   27401
smg            E-mail/Text: atlreorg@sec.gov Feb 23 2016 18:28:57      Securities and Exchange Commission,
                Atlanta Regional Office,    3475 Lenox Road, N.E., Suite 1000,    Atlanta, GA  30326-1232
5292918       +E-mail/Text: bae_notices@ncwba.uscourts.gov Feb 23 2016 18:28:58      Bankruptcy Administrator,
                P.O. Box 34189,    Charlotte, North Carolina 28234-4189
5292931       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 23 2016 18:28:46      Kohls,   P.O. box 2983,
                Milwaukee, WI 53201-2983
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5292985*      +Internal Revenue Service,    P.O. Box 7317,    Philadelphia, PA 19101-7317
5292928*      +Internal Revenue Service,    P.O. Box 7346,    Phildelphia, Pennsylvania 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0419-5          User: admin              Page 2 of 2              Date Rcvd: Feb 23, 2016
                              Form ID: 834             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2016 at the address(es) listed below:
              Anna Cotten Wright    trusteewright@grierlaw.com, NC40@ecfcbis.com;smiller@grierlaw.com
              Robert H. Gourley, Jr.   on behalf of Debtor Susan Merri Kinahan bgourleyjr@ggglaw.com
              Robert H. Gourley, Jr.   on behalf of Debtor Sean NMN Kinahan bgourleyjr@ggglaw.com
              U.S. Bankruptcy Administrator Office    alexandria_p_kenny@ncwba.uscourts.gov,
               ba_desk@ncwba.uscourts.gov
                                                                                             TOTAL: 4
```



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 16−50021
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Sean NMN Kinahan | Susan Merri Kinahan |
| 170 Golden Valley Drive | 170 Golden Valley Drive |
| Mooresville, NC 28115 | Mooresville, NC 28115 |
| Social Security No.: xxx−xx−9500 | Social Security No.: xxx−xx−2128 |

---

# NOTICE TO CREDITORS OF POSSIBLE DIVIDEND

**YOU ARE HEREBY NOTIFIED** pursuant to Rule 3002(c)(5) that payment of a dividend in the above−referenced case appears possible.

You must file a claim at the address indicated below no later than 90 days from the date of this notice. If you have already filed a claim in this case, you need not refile your claim.

For Governmental units, a proof of claim must be filed by the 90−day deadline or 180 days after the date of the order for relief in the case, whichever is later.

**TAKE FURTHER NOTICE THAT ALL PROOFS OF CLAIM, INCLUDING ATTACHMENTS, MUST BE FILED ELECTRONICALLY WITH THE CLERK OF BANKRUPTCY COURT. Instructions can be found on the Bankruptcy Court's web site at www.ncwb.uscourts.gov. A password or login is not required to file a claim.**

Dated: February 23, 2016                                           Steven T. Salata
                                                                   Clerk of Court

Electronically filed and signed (2/23/16)