# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Statesville Division

| | |
|---|---|
| SEAN NMN KINAHAN and<br>SUSAN MERRI KINAHAN,<br><br>　　　　Debtor. | Case Number 16-50021<br><br>Chapter 7 |

## TRUSTEE'S REPORT OF INITIAL DEPOSIT

　　A.  Cotten Wright, the duly qualified and acting Trustee herein, respectfully represents:

1. That the Trustee has received a check from the debtors in the amount of $3,104.00 representing the non-exempt portion of the debtors' income tax refund. She has opened an account for the estate at Rabobank, N.A. and sent the check in for deposit on March 4, 2016.

2. The deposit in said bank is fully insured by the Federal Deposit Insurance Corporation, an instrumentality of the United States.

　　This the 4th day of March, 2016.

　　　　　　　　　　　　　　　　　　　*/s/ A. Cotten Wright*
　　　　　　　　　　　　　　　　　　　A.  Cotten Wright (NC Bar No. 28162)
　　　　　　　　　　　　　　　　　　　Grier Furr & Crisp, P.A.
　　　　　　　　　　　　　　　　　　　101 N. Tryon Street, Ste. 1240
　　　　　　　　　　　　　　　　　　　Charlotte, NC 28246
　　　　　　　　　　　　　　　　　　　Telephone: (704) 375-3720
　　　　　　　　　　　　　　　　　　　Fax: (704) 332-0215
　　　　　　　　　　　　　　　　　　　Email: cwright@grierlaw.com