**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| In the Matter of: | **)** | |
| | **)** | |
| Sean MNM Kinahan, | **)** | |
| Susan Merri Kinahan | **)** | CASE NO.: 16-50021 |
| | **)** | (Chapter 7) |
| Debtors. | **)** | |
| | **)** | |

**NOTICE OF APPEARANCE**

Cody R. Loughridge of the law firm of HANNAH SHERIDAN LOUGHRIDGE & COCHRAN, LLP, does herewith give notice of his appearance in the above-styled matter as attorney for Carillon Assisted Living of Mooresville, LLC. Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

**Cody R. Loughridge, State Bar No.:  35417**
**HANNAH SHERIDAN LOUGHRIDGE & COCHRAN, LLP, Attorneys at Law**
**5400 Glenwood Ave., Ste. 410**
**Raleigh, North Carolina 27612**
**Telephone: (919) 859-6840**
**Facsimile:  (919) 859-6843**

This the 18th day of March, 2016.

*/s/ Cody R. Loughridge*
Cody R. Loughridge, State Bar No.: 35417
HANNAH SHERIDAN
LOUGHRIDGE & COCHRAN, LLP
5400 Glenwood Ave., Ste. 410
Raleigh, North Carolina 27612
cloughridge@hslc-law.com
Telephone (919) 859-6840
Facsimile (919) 859-6843

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **Notice of Appearance** via electronic transmission and first class mail to:

>   Robert H. Gourley, Jr.
>   Law Offices of Robert H. Gourley, Jr., P.A.
>   249 E. Broad Street
>   Statesville, NC 28677
>
>   Anna Cotton Wright
>   Grier, Furr & Crisp, PA
>   101 N. Tryon St., Ste. 1240
>   Charlotte, NC 28246

This the 18th day of March, 2016.

>                                       /s/ Cody R. Loughridge
>                                       Cody R. Loughridge, State Bar No.: 35417
>                                       HANNAH SHERIDAN
>                                       LOUGHRIDGE & COCHRAN, LLP
>                                       5400 Glenwood Ave., Ste. 410
>                                       Raleigh, North Carolina 27612
>                                       cloughridge@hslc-law.com
>                                       Telephone (919) 859-6840
>                                       Facsimile (919) 859-6843